IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| MARY ACREE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
| v. ) | |
| ) | 1:05-cv-00956-SRW |
| UNITED INSURANCE COMPANY OF ) | |
| AMERICA, ) | |
| ) | |
| Defendant. ) | |

**DEFENDANT'S CORPORATE DISCLOSURE STATEMENT**

In compliance with the Corporate Disclosure Statement Order entered by this Court on January 14, 2000, defendant United Insurance Company of America hereby files its statement identifying all parent companies, subsidiaries (except wholly-owned subsidiaries), and affiliates that have issued shares to the public:

1. Unitrin, Inc. (parent company)

_____
One of the Attorneys for Defendant
United Insurance Company of America

OF COUNSEL:
William H. Brooks (BRO109)
Kevin E. Clark (CLA072)
LIGHTFOOT, FRANKLIN & WHITE, L.L.C.
The Clark Building
400 North 20th Street
Birmingham, Alabama 35203-3200
(205) 581-0700
(205) 581-0799 (fax)

## CERTIFICATE OF SERVICE

    I hereby certify that on this 17th day of November, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

M. Adam Jones, Esq.
MORRIS, CARY, ANDREWS, TALMADGE & JONES, LLC
P.O. Box 1649
Dothan, AL 36302

                                                   _____
                                                 OF COUNSEL