IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA

Mary Acree,
    Plaintiff(s),

v.

United Insurance Co. of America
    Defendant(s).

RECEIVED
2006 FEB 13 A 10: 33

CIVIL ACTION NO. 1:05cv956-W

## CONSENT TO JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. § 636©, the undersigned party or parties to the above-captioned civil matter who previously have indicated their consent to the jurisdiction of a Magistrate Judge of this Court, hereby confirm in writing their consent to a United States Magistrate Judge conducting any and all further proceedings in the case, including trial, and ordering the entry of a final judgment.

2/10/06
Date

Signature

Mary Acree
Counsel For (**print** name of all parties)

P.O. Box 1649, Dothan, AL 36302
Address, City, State Zip Code

334-792-1420
Telephone Number

**DO NOT FILE THIS DOCUMENT ELECTRONICALLY.**
Please mail to:
Clerk, United States District Court
Post Office Box 711
Montgomery, AL 36101