RECEIVED
2005 DEC 23 A 9: 44
U.S. DISTRICT COURT
MIDDLE DISTRICT OF ALA

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| Mary Acree, | ) |
| Plaintiff(s), | ) |
| v. | ) CIVIL ACTION NO. 1:05-cv-956-W |
| United Insurance Co. of America, | ) |
| Defendant(s). | ) |

**CONSENT TO JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE**

In accordance with the provisions of Title 28, U.S.C. § 636©, the undersigned party or parties to the above-captioned civil matter who previously have indicated their consent to the jurisdiction of a Magistrate Judge of this Court, hereby confirm in writing their consent to a United States Magistrate Judge conducting any and all further proceedings in the case, including trial, and ordering the entry of a final judgment.

12/22/05
Date

_____
Signature

United Insurance Company of America
Counsel For (**print** name of all parties)

400 20th Street North, Birmingham, AL 35203-3200
Address, City, State Zip Code

(205) 581-5808
Telephone Number

**DO NOT FILE THIS DOCUMENT ELECTRONICALLY.**
Please mail to:
Clerk, United States District Court
Post Office Box 711
Montgomery, AL 36101

Consent.max