# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| MARY ACREE,<br><br>Plaintiff,<br><br>v.<br><br>UNITED INSURANCE COMPANY OF AMERICA,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CIVIL ACTION NO.<br><br>1:05-cv-00956-W |

## JOINT STIPULATION OF DISMISSAL

COME NOW Mary Acree and Defendant United Insurance Company of America ("United"), by and through their respective counsel, and hereby stipulate to the dismissal WITH PREJUDICE of all claims and causes of action filed against United by plaintiff in this lawsuit.

Under this stipulation, each party will bear her/its own costs. A proposed order for entry by the Court is attached.

M. Adam Jones

Attorney for Plaintiff Mary Acree

**OF COUNSEL:**

M. Adam Jones (JON126)
MORRIS, CARY, ANDREWS, TALMADGE & JONES, LLC
P.O. Box 1649
Dothan, AL 36302

Kevin Clark

One of the Attorneys for Defendant
United Insurance Company of America

**OF COUNSEL**:

William H. Brooks (BRO109)
Kevin E. Clark (CLA072)
LIGHTFOOT, FRANKLIN & WHITE, L.L.C.
The Clark Building
400 20th Street North
Birmingham, Alabama 35203-3200