IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| MARY ACREE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO.1:05cv956-SRW |
| ) | |
| UNITED INSURANCE COMPANY ) | |
| OF AMERICA, ) | |
| ) | |
| Defendant. ) | |

**ORDER ON MOTION**

Pursuant to the joint motion to dismiss filed by the parties on May 11, 2006, it is the ORDER, JUDGMENT and DECREE of the court that the motion is GRANTED and that this cause be and hereby is DISMISSED with prejudice with each party to bear its own costs.

DONE, this 16th day of May, 2006.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE